

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2021

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
New York, New York 10007

      Re:   **United States v. Herland Montano-Fernandez, *et al.*,**
             **S13 19 Cr. 91 (DLC)**

Dear Judge Wang:

        The above-referenced charging instrument—Indictment S13 19 Cr. 91 (DLC)—charging defendant Herland Montano-Fernandez was filed under seal on September 22, 2020.  The defendant's extradition from Peru, where he was arrested pursuant to an arrest warrant and arrest request in this case, was recently finalized and it is anticipated that the defendant will arrive in our district on or about November 18, 2021.  Accordingly, the Government respectfully requests that Indictment S13 19 Cr. 91 (DLC) be unsealed.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

      By:    /s/_____
              Sam Adelsberg
              Matthew Hellman
              David Robles
              Assistant United States Attorneys
              (212) 637-2494 / 2278 / 2550

**SO ORDERED:**

_____
HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York